# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00020                                    DATE: March 21, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Mary B. Pangelinan |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 9:03:28 - 9:38:35 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Richard John Ichihara - Custody<br>Jackie Yong Lee<br>Kum Soon Yoo | Attorney: Leilani V. Lujan - Retained<br>Curtis Van de veld - Retained<br>Rawlen Mantanona - CJA Appointed |
| ☑ Present ☐ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☐ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: Christopher Duenas | U.S. Marshal: D. Punzalan/G. Perez |
| Interpreter: Sung W. Yoon | Language: Korean |

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**

- Leilani V. Lujan enters her appearance as counsel for Richard John Ichihara, Curtis Van de veld enters his appearance as counsel for Jackie Yong Lee.
- Financial Affidavit reviewed and accepted for Kum Soon Yoo: Rawlen Mantanona appointed to represent the defendant.
- Defendants sworn and examined.
- Defendants waive reading of Indictment.
- Pleas entered: Not guilty
- Kum Soon Yoo is ordered to surrender her passport to the U.S. Probation Office.
- Trial set for: May 13, 2008 at 9:30 a.m.
- Defendants Jackie Yong Lee and Kum Soon Yoo are released.
- Defendant Richard John Ichihara is remanded to the custody of the U.S. Marshals Service.

NOTES: DEA to turn over the passport of Jackie Yong Lee to the U.S. Probation Office.