Ichihara.851

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



FILED
DISTRICT COURT OF GUAM

MAR 21 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff.<br><br>vs.<br><br>RICHARD JOHN ICHIHARA,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 08-00020<br><br>INFORMATION CHARGING PRIOR<br>DRUG CONVICTION<br>[21 U.S.C. § 851] |

### NOTICE OF INTENTION TO SEEK ENHANCED
### PENALTY AGAINST DEFENDANT

Plaintiff, United States of America, pursuant to Title 21, United States Code, Section 851, hereby informs the Court and defendant, RICHARD JOHN ICHIHARA, of its intention to seek an enhanced penalty in the event he is convicted of any of the counts (Counts 1 through 7) as charged in the pending Indictment.

Defendant, RICHARD JOHN ICHIHARA, has three prior convictions for felony drug trafficking offenses. Specifically, he was convicted in the Superior Court of Guam on January 27, 2000, in Case No. CF0037-98 of Two Counts of Importation of a Controlled Substance (As a 3rd Degree Felony); in Case No. CF0223-98 of One Count of Possession of a Schedule II Controlled Substance with Intent to Distribute (As a 1st Degree Felony); and, in Case No.

CF0051-99 of One Count of Possession of a Schedule II Controlled Substance (As a 3rd Degree Felony). These offenses constitute a "prior felony drug offense" 21 U.S.C. § 841(b)(1)(A)(viii). Accordingly, the United States intends to pursue the enhanced punishment of a term of imprisonment not less than 20 years and up to life, in the event the defendant is convicted of the offense of Possession of more than 50 grams net weight of Methamphetamine Hydrochloride (ice), as charged in the pending indictment.

Respectfully submitted this 21st day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney