AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**FILED**
**DISTRICT COURT OF GUAM**
**MAR 25 2008**
**JEANNE G. QUINATA**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**RICHARD JOHN ICHIHARA**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    **CR-08-00020-001** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | **302** |
| | Date and Time |
| Before:    Honorable Joaquin V. E. Manibusan, Jr. | **Friday, March 21, 2008 at 8:45 a.m.** |

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

   Continuing Criminal Enterprises, 21 U.S.C. §§ 848(a) and (c), Count 1

   Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846, Counts 2 and 3

   Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), Count 4

   Importation of Methamphetamine, 21 U.S.C. §§ 952 and 960, Count 5

   Possession of Methamphetamine With Intent to Distribute, 21 U.S.C. 841(a)(1), Counts 6 and 7

   Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i), Count 8

   Forfeiture Allegation, 21 U.S.C. § 853(a), Count 9

ORIGINAL

| | |
|---|---|
| MARILYN B. ALCON; Deputy Clerk | *Marilyn B. Alcon* |
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| **March 19, 2008** | |
| Date | |

Case 1:08-cr-00020    Document 12    Filed 03/25/2008    Page 1 of 2

AO 83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]     Date  3/21/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS - Hayat, Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/21/08
              Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.