

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Richard John Ichihara*



**FILED**
DISTRICT COURT OF GUAM

MAY 0 2 2008 

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>RICHARD JOHN ICHIHARA,<br><br>Defendant. | CRIMINAL CASE NO. CR08-00020<br><br>**DEFENDANT RICHARD JOHN ICHIHARA'S APPLICATION TO SEAL; CERTIFICATE OF SERVICE** |

COMES NOW, Defendant RICHARD JOHN ICHIHARA, through his undersigned counsel of record, and moves this Honorable Court for an order sealing the present Application to Seal and also sealing the plea agreement and all matters and proceedings relating to the plea agreement for the reason that references to investigations by the government and possible other targets are noted in the plea agreement and the Defendant's safety, further cooperation and/or investigative efforts by the government may be hindered by public disclosure of the plea agreement herein.

Dated this 2nd day of May, 2008.

LUJAN AGUIGUI & PEREZ LLP

By:_____
LEILANI V. LUJAN, ESQ.
*Attorneys for Defendant Richard John Ichihara*

[ LODGED UNDER SEAL ]

I-0010-1/911-01/LVL:eol

# CERTIFICATE OF SERVICE

I, Leilani V. Lujan, certify that I caused a copy of **DEFENDANT RICHARD JOHN ICHIHARA'S APPLICATION TO SEAL** to be served on the following individuals or entities on May 2, 2008 via hand delivery at the following address:

Office of the United States Attorney
Karon V. Johnson, Esq.
Assistant US Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
*Attorneys for the United States of America*

Dated this 2nd day of May, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
LEILANI V. LUJAN, ESQ.
*Attorneys for Defendant Richard John Ichihara*

I-0010-1/911-01/LVL:eol