**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Richard John Ichihara*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00020-001 |
| vs. | |
| RICHARD JOHN ICHIHARA, | **ORDER**<br>**Granting Defendant's Application to Seal** |
| Defendants. | |

At the request of the Defendant and for good cause shown, the court hereby grants the Application to Seal and directs the Clerk's Office to seal the plea agreement (Docket No. 36), and all other pleadings related to the plea agreement, including the Application to Seal.

Furthermore, a change of plea hearing shall be scheduled for Monday, May 5, 2008, at 2:00 p.m. Over the Government's objections but upon finding good cause, the court hereby orders that said hearing be sealed along with any and all documents generated from said hearing.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 02, 2008