# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# *SEALED MINUTES*
# CHANGE OF PLEA

CASE NO.: CR-08-00020-001            DATE: May 5, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 2:05:20 - 2:32:53 |

**APPEARANCES:**

Defendant: Richard John Ichihara      Attorney: Leilani V. Lujan
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:      Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to plea agreement
- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: <u>Guilty</u> to Count I, II, VIII, and IX
- Report and Recommendation executed by the Court.
- Sentencing set for: <u>August 7, 2008 at 10:30 a.m.</u>
- Draft Presentence Report due to the parties: <u>July 3, 2008</u>
- Response to Presentence Report: <u>July 17, 2008</u>
- Final Presentence Report due to the Court: <u>July 31, 2008</u>
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: