IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00020-001 |
| Plaintiff, ) | |
| vs. ) | **REPORT AND RECOMMENDATION CONCERNING PLEAS OF GUILTY IN A FELONY CASE** |
| RICHARD JOHN ICHIHARA, ) | |
| Defendant. ) | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to certain counts in an Indictment charging him as follows: Continuing Criminal Enterprise (Count I), in violation of 21 U.S.C. § 848(a), (b), and (s); Conspiracy to Distribute Methamphetamine Hydrochloride (Count II), in violation of 21 U.S.C. §§ 841(a)(1) and 846; and Money Laundering (Count VIII), in violation of 18 U.S.C. § 1956(a)(1)(B)(i). Additionally, the defendant has consented to forfeit $62,509.00 in U.S. currency, which has already been seized by law enforcement agencies, and has accepted a $1,000,000.00 money judgement, which represents the proceeds of his drug trafficking activities, as alleged in Count IX. After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are supported by an independent bases in fact establishing each of the essential elements of such

1 offenses. I therefore recommend that the pleas of guilty be accepted and that the defendant be

2 adjudged guilty and have sentence imposed accordingly.

3     IT IS SO RECOMMENDED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 05, 2008

**NOTICE**

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**