IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00020-001 |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| RICHARD JOHN ICHIHARA, | |
| Defendant. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to certain counts in an Indictment charging him with Continuing Criminal Enterprise (Count I), in violation of 21 U.S.C. § 848(a), (b), and (s); Conspiracy to Distribute Methamphetamine Hydrochloride (Count II), in violation of 21 U.S.C. §§ 841(a)(1) and 846; and Money Laundering (Count VIII), in violation of 18 U.S.C. § 1956(a)(1)(B)(i), are now Accepted and the Defendant is Adjudged Guilty of such offenses. The court further accepts the recommendation that the Defendant forfeit to the United States $62,509.00 in U.S. currency, which has already been seized by law enforcement agencies, and that a $1,000,000.00 money judgement be entered against the Defendant, which represents the proceeds of his drug trafficking activities, as alleged in

///

///

Count IX. All parties shall appear before this court for sentencing on August 7, 2008, at 10:30 a.m.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: May 23, 2008**