Ichihara.MPO

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> RICHARD JOHN ICHIHARA, <br> JACKIE YONG LEE, <br> KUM SOON YOO, and <br> WON YIEL LEE, <br> Defendants. | CRIMINAL CASE NO. 08-00020 <br><br> **MOTION OF THE UNITED STATES FOR A PRELIMINARY ORDER OF FORFEITURE** |

NOW COMES the United States of America, by and through the undersigned counsel, and moves this Court for a Preliminary Order of Forfeiture in the above-captioned case.

This motion is supported by the following:

1. On March 19, 2008, the defendants RICHARD JOHN ICHIHARA, JACKIE YONG LEE, KUM SOON YOO, and WON YIEL LEE, were named in a 10-count Indictment in this district, charging them with continuing criminal enterprise, conspiracy to distribute methamphetamine, distribution of methamphetamine, importation of methamphetamine, possession of methamphetamine with intent to distribute, and money laundering.

2. Defendants RICHARD JOHN ICHIHARA and JACKIE YONG LEE were

-1-

additionally charged with two forfeiture allegations, all in violation of Title 21, United States Code, Sections 848(a) and (c), 841(a)(1), 846 and 853(a), Title 18, United States Code, Sections 1956(a)(1)(B)(1).

3. The ten count Indictment further sought the forfeiture, pursuant to Title 21, United States Code, Section 853 of, including but not limited to, the following described personal properties:

**PERSONAL PROPERTIES**

    (a)    $28,875.00 United States Currency, Asset ID No. 08-DEA-495469
    (b)    $2,886.00 United States Currency, Asset ID No. 08-DEA-495484
    (c)    $26,700.00 United States Currency, Asset ID No. 08-DEA-495505
    (d)    $3,110.00 United States Currency, Asset ID No. 08-DEA-495492
    (e)    $9,604.00 United States Currency, Asset ID No. 08-DEA-500326
    (f)    $12,400.00 United States Currency, Asset ID No. 08-DEA-500315
    (g)    $1,530.00 United States Currency, Asset ID No. 08-DEA-500317

4. On May 5, 2008, defendant RICHARD JOHN ICHIHARA, pled guilty to certain counts in an Indictment charging him with Continuing Criminal Enterprise (Count I), in violation of Title 21, United States Code, Sections 848(a), (b) and (s); Conspiracy to Distribute Methamphetamine Hydrochloride (Count II), in violation of Title 21, United States Code, Sections 841(a)(1) and 846; Money Laundering (Count VIII), in violation of Title 18, United States Code, Section 1956(a)(1)(B)(I), and Forfeiture (Count XI), in violation of Title 21, United States Code, Section 853.

5. On May 2, 2008, co-defendant JACKIE YONG LEE pled guilty to certain counts in an Indictment charging her with Conspiracy to Distribute 3,000 grams net weight of Methamphetamine Hydrochloride "ice" (Count III), in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Forfeiture (Count X), in violation of Title 21, United States Code, Section 853.

6. The United States is entitled to forfeit the subject property pursuant to Title 21, United States Code, Section 853(a).

7. Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide

-2-

written notice to any known third parties asserting a legal interest in the subject property, and will publish in a newspaper of general circulation and through the Internet, notice of the Court's Order and the intent of the United States to dispose of the subject property in such manner as the Attorney General may direct, pursuant to Title 21, United States Code, Section 853(n)(1).

**WHEREFORE**, the United States respectfully requests that this Court enter judgment of criminal forfeiture by issuing the proposed Preliminary Order of Forfeiture, forfeiting to the United States the interest of the defendants RICHARD JOHN ICHIHARA and JACKIE YONG LEE in the properties described above, and ordering the United States to seize forthwith the subject properties and dispose of it in accordance with the law.

Respectfully submitted this  8th  day of July, 2008.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

By: /s/ Karon V. Johnson
      KARON V. JOHNSON
      Assistant United States Attorney