LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00020 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| RICHARD JOHN ICHIHARA, JACKIE YONG LEE, KUM SOON YOO, and WON YIEL LEE, | ) ) ) ) | |
| Defendants. | ) | |

I hereby certify that on July 8, 2008, I electronically filed Motion of the United States For a Preliminary Order of Forfeiture with the Clerk of Court using the CM/ECF system, and I hereby certify that on July 8, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

Curtis Van de Veld
2nd Floor, Historical House
123 Hernan Cortes Avenue
Hagatna, Guam 96910

David J. Lujan
Pacific News Bldg., Ste. 300
238 Archbishop F.C. Flores St.
Hagatna, Guam 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney