UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>vs.<br><br><br>RICHARD JOHN ICHIHARA<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | USDC Cr. Cs. No. 08-00020-001<br><br>REQUEST TO CONTINUE<br>PRESENTENCE REPORT AND<br>SENTENCING DATE |

　　　COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for August 7, 2008. The Probation Officer requests that the Court continue sentencing to September 19, 2008. The continuance is necessary for the Probation Officer to complete the presentence investigation and report. United States Assistant Attorney Karon Johnson and defense counsel Leilani Lujan have no objections to the continuance.

　　　RESPECTFULLY submitted this __8th__ day of July 2008.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ROSSANNA VILLAGOMEZ-AGUON
　　　　　　　　　　　　　　　　　　　Chief U.S. Probation Officer

　　　　　　　　　　　　By: 
　　　　　　　　　　　　　　　　/s/ Carleen G. Borja
　　　　　　　　　　　　　　　　U.S. Probation Officer

Reviewed by:


/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist