ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
CARLEEN G. BORJA
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202


UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| Plaintiff, ) | USDC Cr. Cs. No. 08-00020-001 | |
| ) | | |
| vs. ) | **ORDER TO CONTINUE** | |
| ) | **PRESENTENCE REPORT AND** | |
| ) | **SENTENCING DATE** | |
| RICHARD JOHN ICHIHARA ) | | |
| Defendant. ) | | |
| _____) | | |

    Upon request of the U.S. Probation Office, the Sentencing hearing is hereby moved from August 7, 2008 to September 19, 2008 at 1:30 p.m. The Presentence Investigation Report shall be provided to the parties no later than August 15, 2008. The parties shall file their responses to the Presentence Report no later than August 29, 2008. The Final Presentence Report, Addendum, and Recommendation shall be submitted to the Court no later than September 12, 2008.

    IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jul 14, 2008**