

richardichiharaunseal

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 24 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00020-01 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO UNSEAL RECORD** |
| RICHARD JOHN ICHIHARA, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Leilani Lujan, hereby motion this Honorable Court for an Order unsealing the plea agreement and all matters and proceedings relating to the plea agreement in the above-entitled cause for

//
//
//
//
//
//

the reason that the investigation in this case is now complete and there is no further reason for it to remain secret.

7/23/08
DATE

*(signature)*
LEILANI LUJAN
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

7/17/J
DATE

By: *(signature)*
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney