LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00020-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **Re: Stipulated Motion to Unseal Record** |
| | ) | |
| RICHARD JOHN ICHIHARA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Through a stipulated motion to unseal the record having come before this Honorable Court and the Court finding good cause for the issuance of the order.

    **IT IS SO ORDERED** that the plea agreement and all matters and proceedings relating to the plea agreement is unsealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 11, 2008