richardichihara5k

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. <u>08-00020</u> |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S POSITION CONCERNING THE PRESENTENCE REPORT, MOTION FOR ADDITIONAL ONE-LEVEL DEPARTURE AND MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE** |
| vs. | ) | |
| RICHARD J. ICHIHARA, | ) | |
| Defendant. | ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant, with the following exception.

The United States of America moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate its resources efficiently. Accordingly, defendant's total offense level will be 43, with a sentence of life imprisonment.

The United States hereby moves this Honorable Court for a departure from the mandatory term of life imprisonment, as provided by 18 U.S.C. § 3553(c), and the Guidelines level, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial

assistance to the government in its investigation of drug trafficking on Guam and elsewhere.

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation. The government is recommending that the court depart downward to a sentence of 30 years incarceration.

RESPECTFULLY SUBMITTED this 10th day of September, 2008.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and NMI

By: /s/ Karon V. Johnson  
KARON V. JOHNSON  
Assistant U.S. Attorney