

```
1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON                          FILED
   Assistant U.S. Attorney                DISTRICT COURT OF GUAM
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.                     SEP 1 1 2008
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332               JEANNE G. QUINATA
5  Telecopier: (671) 472-7334                 Clerk of Court

6  Attorneys for United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00020 |
|---|---|---|
| Plaintiff, | ) | **MOTION TO FILE SENTENCING** |
| vs. | ) | **MEMORANDUM UNDER SEAL** |
| RICHARD J. ICHIHARA, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file its sentencing memorandum under seal. The government makes this motion because the memorandum explains in detail the reasons that it is seeking a substantial assistance downward departure for defendant. Such information always carries the potential of retaliation.

RESPECTFULLY SUBMITTED this ___10th___ day of September, 2008.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

          By: _/s/ Karon V. Johnson_
          KARON V. JOHNSON
          Assistant U.S. Attorney