LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00020 |
| ) | |
| Plaintiff, ) | **ORDER TO FILE SENTENCING** |
| ) | **MEMORANDUM UNDER SEAL** |
| vs. ) | |
| ) | |
| RICHARD J. ICHIHARA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the United States may file its sentencing memorandum under seal.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Sep 11, 2008**