✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**RICHARD JOHN ICHIHARA**     CASE NUMBER: **CR-08-00020-001**

TYPE OF CASE:

☐ **CIVIL**     **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>September 19, 2008 at 1:30 PM | CONTINUED TO DATE AND TIME<br><br>October 2, 2008 at 1:30 PM |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 12, 2008            /s/ Carmen B. Santos
DATE                                      (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office
        Leilani V. Lujan
        U.S. Probation Office
        U.S. Marshals Service